# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M6H | F5236664 | Lambart | 2273 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 1/26/26  1602 | 36 FR 261.15(c) |

Place of Offense

Rainbow PT Rd

Offense Description: Factual Basis for Charge          HAZMAT ☐

In Violation of STATE LAW Established
for vehicle use

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Miller | Kevin | Leo |

Street Address

| Reg. No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | MT | 2017 | CHVY | | WHT |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 109.00  Forfeiture Amount |
| | + $  Processing Fee |
| PAY THIS AMOUNT AT → www.cvb.uscourts.gov | $ 130.00  Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 2601 2ND AVE N  Billings MT 59101 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F5236664*

I state that on _____ 20___ while exercising my duties as a
law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident